UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LINDA M. HITCHCOX,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN TENNESSEE MEDICAL CENTER, LLC,<br><br>    Defendant | No. 1:20-CV-00150<br><br>JURY DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that attorney R. Ethan Hargraves hereby enters his appearance in this case as counsel for the plaintiff, Linda M. Hitchcox.

This 18th day of January 2021.

                                      **Respectfully Submitted,**

                                      **MASSEY & ASSOCIATES, PC**

                                      */s/R. Ethan Hargraves*
                                      R. Ethan Hargraves
                                      BPR No. 033331
                                      6400 Lee Highway, Suite 101
                                      Chattanooga TN 37421
                                      Phone: (423) 697-4529
                                      Fax:(423) 634-8886
                                      ethan@masseyattorneys.com
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day delivered this *Notice of Appearance* via the CMECF electronic filing system to the following:

>Mark W. Peters
>Frederick L. Conrad, III
>Waller Lansden Dortch & Davis, LLP
>511 Union Street, Ste. 2700
>Nashville, TN 37219

This 18th day of January 2021

**MASSEY & ASSOCIATES, PC**

*/s/R. Ethan Hargraves*
**R. Ethan Hargraves**