# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

| | |
|---|---|
| **LINDA M. HITCHCOX,** | ) |
| **Plaintiff,** | ) |
| | ) Case No: 1:20-cv-00150 |
| **SOUTHERN TENNESSEE MEDICAL CENTER, LLC,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the **dismissal with prejudice** of all claims of the Plaintiff in the above-captioned proceeding. Pursuant to this Stipulation, this action is hereby dismissed with prejudice in its entirety, and each party shall bear its own costs and attorney's fees. Prior to filing this Motion, Counsel for Defendant provided a copy of this Stipulation to Plaintiff's counsel and Plaintiff's counsel consented to filing.

/s/ Frederick L. Conrad III
Mark W. Peters (TN 018422)
Frederick L. Conrad III (TN 032043)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
mark.peters@wallerlaw.com
trip.conrad@wallerlaw.com

*Attorneys for Defendant*

/s/ R. Ethan Hargraves (w/permission)
Robert Ethan Hargraves (TN 033331)
Massey & Associates, PC
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
ethan@ masseyattorneys.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Stipulation has been served via CM/ECF to:

W. Baker Gerwig IV
Robert Ethan Hargraves
Massey & Associates, PC
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
ethan@ masseyattorneys.com
baker@masseyattorneys.com

*Attorneys for Plaintiff*

on this the 19th day of July, 2021.

                                                    /s/ Frederick L. Conrad III

4846-3760-5617　　　　　　　　　　　2

Case 1:20-cv-00150-KAC-CHS    Document 26    Filed 07/19/21    Page 2 of 2    PageID #: 169